48 A.3d 1229

Thaddeus FRAZIER, Appellant

v.

STATE CIVIL SERVICE COMMISSION, Appellee.

Supreme Court of Pennsylvania.

July 17, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 17th of July, 2012, the Order of the Commonwealth Court is **AFFIRMED.**